IN THE UNITED STATES
DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

CHAD A. HICKS, plaintiff,

Kelli Wilhelmi, Sheriff
WHITESIDE COUNTY
SHERIFF DEPARTMENT et al
MIKE BAUER
ADVANCED HEALTHCARE
DOCTOR— Unknown name

Case No: 11 C 50354

RECEIVED
NOV 28 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Complaint > 42 U.S.C 1983
Civil Rights

On around November, 16, 2011 at 2:00 Am, plaintiffs car ran out of gas. plaintiff went to house to ask for help. Sheriff Deputy MIKE BAUER arrived at scene.

He began attempting to search plaintiff without probable cause. plaintiff advised Deputy that plaintiff did not consent to the search. Deputy Bauer was unsuccessful at finding any contraband. Deputy still ~~detains~~ unlawfully detains plaintiff, against his will.

in handcuffs and places plaintiff in back of squad car.

Deputy advise plaintiff that he would be giving plaintiff a ride to Sheriff Dept. to call for ride.

Plaintiff asks Deputy to grab keys out of car, so Deputy put car in reverse went back to plaintiffs car Intruded upon plaintiffs personal property. Did not have consent to search vehicle, did not have probable cause.

It was after the unlawful Detainment and illegal search that Deputy claims he found Methamphetamine and Canabis.

Deputy and Whiteside Co. Sheriff are now illegally holding plaintiff.

And the Court was questioned about Jurisdiction matters and its now attempting to illegally move against plaintiff by way of Competency hearing.

All grievances available have been filed at Whiteside Co. jail and all have went unanswered.

The Court has recognized that I am not the defendant in the case.

Has set Bond at $100,000 for defendant.

But yet has held plaintiff without Bail and ordered Competency hearing.

The actions of defendants deprived plaintiff of his Fourth Ammendment rights under the U.S. Constitution to be free from unreasonable search & seizure.

Also the court holding plaintiff without Bond violates his rights secured by the U.S. constitution on unreasonable Bail.

Has also violated plaintiffs rights under the thirteenth Ammendment and has subjected him to involuntary servitude.

Further upon entering jail Advanced Health care the jail medical provider has denied plaintiff his pain meds, oxycodone & Fentanyl

which were brought at time of illegal arrest.

Defendants have subjected plaintiff to cruel and unusual punishment in violation of his Eighth Amendment rights secured under the U.S. Constitution by withholding meds. Doctor was deliberately indifferent since he knew the refusal to provide med would force plaintiff into withdrawal and cause severe mental & emotional anxiety. Doctor has been deliberately indifferent to his serious medical needs. And did not offer a replacement non-narcotic med for pain either. Doctor is well aware that his actions have damaged plaintiff. Plaintiff has also been denied psychiatric meds and care. The defendants were acting and continue to act under color of state and federal law.

Defendants actions deprived plaintiff of his rights under the Fourth Amendment, Eighth Amendment, thirteenth Amendment

DOCTOR is sued in his individual capacity
sheriff is sued in his individual capacity
MIKE BAKER is sued in his individual capacity
Advanced healthcare in its official capacities
and Sixth Ammendment fifth ammendment
to due process of law.

Sheriff is liable for failure to train and supervise its subordinates.

plaintiff requests that this court take the following Action:

1. Injunction Asking for immediate Release from Whiteside county jail.
2. $50,000,000.00 million United States Currency.
3. Rule that defendants Actions have violated plaintiffs rights.
4. Restraining order. ~~crossed out~~
5. immediate Release case Dismissed Pay immediatley.

I, Chad Alan Hicks hereby certify that the above mentioned facts are True, Correct, Certain to best of my knowledge.

I understand that any false statement may be subject to sanctions by the court.

Date: November 20, 2011

Chad Alan Hicks
FOR: CHAD A. HICKS
Plaintiff

Chad Hicks
WHITESIDE COUNTY SHERIFF'S DEPT
400 N. CHERRY STREET
MORRISON, IL 61270

400 N. Cherry St.
Morrison, IL
61270

"Legal mail"

Clerk of Court
United States Court House
Northern District of Illinois
Western Division
211 South Court
Rockford, Illinois 61101

QUAD CITIES IL 612
23 NOV 2011 PM

FIRST-CLASS FOREVER USA